UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                 :
GILBERTO TRINIDAD, JEREMY FERNANDEZ and  :
NICOHLAS DE JESUS HERRERA SANCHEZ,      :
                 :      22-CV-00101 (JMF) (DCF)
        Plaintiffs,   :
                 :      ORDER OF REFERENCE
    -v-              :      TO A MAGISTRATE
                 :      JUDGE
62 REALTY, LLC, 311 REALTY, LLC, DEANNA JOY :
and JIM FRANTZ,                                          :
                 :
        Defendants.  :
                 :
------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _x_ | Settlement | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: January 6, 2022              _____
      New York, New York                  JESSE M. FURMAN
                                          United States District Judge