Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

February 25, 2022

**Via ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Trinidad et al. v. 62 Realty, LLC et al.*
                **Case No. 22-cv-00101 (JMF)(GWG)**

Dear Judge Gorenstein:

      We represent Plaintiffs in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. Pursuant to Judge Furman's Orders of February 6, 2022 [Dkt. Nos. 11, 12], Plaintiffs write jointly with Defendants to request that the Court schedule a settlement conference to take place at least two weeks before the initial pretrial conference, which is scheduled for April 26, 2022.

      All parties are available on the following dates: April 4-8 and April 11-12. The parties respectfully request that a settlement conference be scheduled during the foregoing periods, if this is convenient for the Court.

                                          Respectfully,

                                          Marc A. Rapaport

cc:    Alan Smikun, Esq. (via ECF)