UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERTO TRINIDAD et al., :

                     Plaintiffs, : <u>ORDER</u>

    -v.- : 22 Civ. 101 (JMF) (GWG)

:

62 REALTY, LLC et al., :

:
                     Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The time of the conference scheduled for April 11, 2022, is changed to 2:30 p.m.

    SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge