UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GILBERTO TRINIDAD et al.,                                            :
:
                         Plaintiffs,                         :           22-CV-0101 (JMF)
:
      -v-                                                          :                   ORDER
:
62 REALTY, LLC et al.,                                               :
:
                         Defendants.                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 4, 2022, Plaintiffs filed a motion to dismiss Defendants' counterclaims under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), defendants have twenty-one (21) days after the service of a motion under Rule 12(b) to amend their counterclaims once as a matter of course.

      Accordingly, it is hereby ORDERED that Defendants shall file any amended counterclaims by **March 25, 2022**. Defendants will not be given any further opportunity to amend the counterclaims to address issues raised by the motion to dismiss.

      If Defendants do amend, by three (3) weeks after the amended complaint is filed, Plaintiffs shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Plaintiffs file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Plaintiffs file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended counterclaims are filed, Defendants shall file any opposition to the motion to dismiss by **March 25, 2022**. Plaintiffs' reply, if any, shall be filed by **April 1, 2022**.

      SO ORDERED.

Dated: March 7, 2022                                 _____
      New York, New York                          JESSE M. FURMAN
                                                             United States District Judge