**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

March 29, 2022

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:    Gilberto Trinidad et al. v. 62 Realty, LLC, et al.
              Case No. 22-cv-00101 (JMF) (GWG)

Dear Judge Furman:

    We represent Plaintiffs in the above-referenced matter.

    We write to inform the Court that in light of Defendants' Amended Answer [Dkt. 31] that does not assert any counterclaim, Plaintiffs' Motion to Dismiss [Dkt. 28] is now moot.

                            Respectfully yours,

                            /s/

                            Marc A. Rapaport

cc:    Alan Smikun, Esq. (*Via ECF only*)

The Clerk of Court is directed to terminate ECF No. 28. SO ORDERED.

*[signature]*

March 30, 2022