Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

April 4, 2022

**Via ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Trinidad et al. v. 62 Realty, LLC et al.*
                **Case No. 22-cv-00101 (JMF)(GWG)**

Dear Judge Gorenstein:

      We represent Plaintiffs in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. The parties are scheduled to participate in a settlement conference before Your Honor on April 11, 2022.

      With the consent of defendants, plaintiffs write to request a change to the settlement conference procedures set forth in Your Honor's Order of February 25, 2022. Dkt. No. 24. Specifically, plaintiffs request that all three plaintiffs be permitted to participate in the settlement conference via a single speaker telephone from plaintiffs' counsel's conference room.

      Plaintiffs make this request because we believe that the presence of all three plaintiffs at Plaintiff's counsel's office will enable us to better communicate with our clients, and help avoid logistical confusion our clients may experience from calling in separately from different remote locations. Simultaneous translation would still proceed in accordance with Your Honor's procedures (*i.e.*, the translator will be remote, with two telephones).

      We appreciate the Court's attention to this request.

                             Respectfully,

                             Marc A. Rapaport

cc:    Alan Smikun, Esq. (via ECF)