UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERTO TRINIDAD, et al., <br><br>                         Plaintiffs, <br><br> -against- <br><br> 62 REALTY, LLC, et al., <br><br>                         Defendants. | Case No. 1:22-cv-00101 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of (1) Plaintiffs' First Letter Motion for a Local Rule 37.2 Conference (ECF No. 50), (2) Defendants' Letter Response in opposition to that motion (ECF No. 51), and (3) the parties' joint letter, dated September 30, 2022, filed in response to the Court's September 16, 2022 Reassignment Order (ECF No. 53). In order to address these submissions and the discovery schedule, IT IS HEREBY ORDERED that the parties shall appear for a conference on October 18, 2022, at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 3, 2022
       New York, New York

                                                          SO ORDERED.

                                                          *Jennifer Rochon*
                                                          JENNIFER L. ROCHON
                                                          United States District Judge