Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

**Rapaport Law Firm**

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

> IT IS HEREBY ORDERED that the parties shall provide the Court with three dates within a week of October 18, 2022 on which counsel can appear for a remote video Teams proceeding regarding the discovery dispute by **October 17, 2022**. The extension of discovery shall be addressed at that conference.
>
> Dated: October 14, 2022
>         New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

October 13, 2022

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Gilberto Trinidad et al. v. 62 Realty, LLC, et al.
            Case No. 22-cv-00101 (JMF) (GWG)

Dear Judge Rochon:

    We are counsel for Plaintiffs in the above-referenced matter. We write jointly with counsel for Defendants to respectfully request an adjournment of the conference that is scheduled for October 18, 2022 at 12:00 p.m. ECF No. 54. We make this request because Plaintiff's undersigned counsel has a trial scheduled for October 17th and 18th in Nassau County Supreme Court.

    Counsel for the parties have discussed, at length, proposed dates for the requested adjournment. These proposed dates take into consideration that Plaintiff's counsel will be overseas from the evening of October 18th through November 1, 2022. Accordingly, the parties respectfully request that the conference be adjourned to any time on the following dates: November 4, 7, 9, 10 or 14.

    In addition, the current discovery cut-off is October 18, 2022. ECF No. 49. Because of their unresolved disputes regarding written discovery, the parties have not yet conducted depositions. Therefore, the parties respectfully request that the discovery deadline be extended to December 20, 2022. This is the second request for an extension of the discovery deadline. The first request, which was made jointly by all parties on August 9, 2022 [ECF No. 48], led to Judge Furman's Order of August 10, 2022, extending the discovery deadline from September 12, 2022 to October 18, 2022.

Honorable Jennifer L. Rochon
United States District Judge
October 13, 2022

      We appreciate the Court's attention to this request.

                                      Respectfully yours,

                                                /s/

                                      Marc A. Rapaport

cc:    Alan Smikun, Esq.  (*Via ECF only*)