```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GILBERTO TRINIDAD et al.,                     :

                Plaintiffs,                   :    ORDER

        -v.-                                  :
                                                   22 Civ. 101 (JLR) (GWG)
62 REALTY, LLC et al.,                        :

                Defendants.                   :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The time of the settlement conference scheduled for December 5, 2022, is changed to 2:30 p.m. The Court's prior order (Docket # 63) is otherwise unchanged. Submissions due November 29, 2022.

SO ORDERED.

Dated: October 25, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge