UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERTO TRINIDAD, et al.,<br><br>                        Plaintiffs,<br><br>    -against-<br><br>62 REALTY, LLC, et al.,<br><br>                        Defendants. | Case No. 1:22-cv-00101 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      As stated on the record at the November 23, 2022 conference, IT IS HEREBY ORDERED that the deadline to complete discovery is extended to **December 30, 2022**. IT IS FURTHER ORDERED that the post-discovery conference is adjourned to **January 18, 2023 at 12:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United State Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall otherwise continue to comply with the Court's Individual Rules and the Scheduling Order at ECF No. 62, including by filing any required submissions in advance of the post-discovery conference.

Dated: November 23, 2022
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge