UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GILBERTO TRINIDAD et al., :

                                       Plaintiffs, :   <u>ORDER</u>

                                                         :   22 Civ. 101 (JLR) (GWG)
   -v.-
                                                         :

62 REALTY, LLC et al., :

                                                         :

                                   Defendants.
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       This case contains claims under the Fair Labor Standards Act. In a filing dated March 8, 2023 (Docket # 99), the parties have submitted a proposed settlement agreement. On the same date, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c) (Docket # 100). Having reviewed the proposed settlement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

       Accordingly, this action is dismissed with prejudice. Any pending motions are moot. The Clerk is requested to close the case.

       The Court will retain jurisdiction to enforce the settlement agreement. In addition, the dismissal and closure of the case is without prejudice to any application for attorney's fees as set forth in the settlement agreement. Plaintiffs shall supply their billing records to defendants on or before March 10, 2023. If the parties cannot resolve the attorney's fee request, any application for attorney's fees shall be filed by March 24, 2023. The briefing schedule thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices

       SO ORDERED.

Dated: March 8, 2023
        New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                               United States Magistrate Judge