Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport
# Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

MEMORANDUM ENDORSED

March 23, 2023

**Via ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Trinidad et al. v. 62 Realty, LLC et al.*
>        **Case No. 1:22-cv-101 (JLR) (GWG)**

Dear Judge Gorenstein:

We represent Plaintiffs in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. Tomorrow is the deadline for Plaintiffs' counsel to submit our attorneys' fees application. Although the parties have engaged in negotiations, we have not reached an amicable resolution. With Defendants' consent, Plaintiffs request a one-week extension (i.e., to March 31, 2023) of the deadline for our fees application. No other deadlines or scheduled appearances will be affected by the requested extension.

The parties appreciate the Court's attention to this request.

Respectfully,

Marc A. Rapaport

cc:    By ECF:
       Alan Smikun, Esq.
       Emanuel Kataev, Esq.

Extension to March 31, 2023, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 24, 2023