**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

**Rapaport Law Firm**

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

MEMORANDUM ENDORSED

April 13, 2023

<u>Via ECF</u>

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Trinidad et al. v. 62 Realty, LLC et al.*
          <u>Case No. 1:22-cv-101 (JLR) (GWG)</u>

Dear Judge Gorenstein:

    We represent Plaintiffs in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. Today is the deadline for Plaintiffs' counsel to submit our attorneys' fees application. Although the parties continue to engage in negotiations, we have not reached an amicable resolution. We request this extension to allow time for further negotiations. With Defendants' consent, Plaintiffs request an extension to April 25, 2023 of the deadline for our fees application. No other deadlines or scheduled appearances will be affected by the requested extension. This is the third request for an extension of this deadline.

    The parties appreciate the Court's attention to this request.

    Respectfully,

    Marc A. Rapaport

cc:   <u>By ECF:</u>
      Alan Smikun, Esq.
      Emanuel Kataev, Esq.

Extension to April 25, 2023, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 14, 2023