**Rapaport Law Firm, PLLC**
**80 Eighth Avenue, Suite 206**
**New York, NY 10011**
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF SERVICES**

March 10, 2023

Matter Name:   Trinidad et al. v. Joy et al.

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Marc A. Rapaport | | | |
| 12/30/2021 | MR | Meeting with Mr. Trinidad and Fernandez; draft complaint | 1.50<br>450.00/hr | 675.00 |
| 1/3/2022 | MR | Meeting with clients; further edits to complaint | 2.00<br>450.00/hr | 900.00 |
| 1/5/2022 | MR | Continuing drafting complaint; discussions with clients in connection with same; filing of same | 2.00<br>450.00/hr | 900.00 |
| 2/11/2022 | MR | Telephone call with Mr. Trinidad with K Gulfo as Spanish language interpreter | 0.20<br>450.00/hr | 90.00 |
| | MR | Telephone call with defendants' counsel, Mr. Smikun | 0.20<br>450.00/hr | 90.00 |
| 2/15/2022 | MR | Draft emails to defts' counsel; review court orders re. court supervised settlement | 0.50<br>450.00/hr | 225.00 |
| 2/18/2022 | MR | Email comm's with Defts' counsel | 0.10<br>450.00/hr | 45.00 |
| 2/22/2022 | MR | Discussions with defts' counsel | 0.20<br>450.00/hr | 90.00 |
| 2/23/2022 | MR | Review Court's Order; email to Mr. Smikun | 0.10<br>450.00/hr | 45.00 |
| 3/1/2022 | MR | Draft and file letter motion for extension of time to file answer to Defts' counterclaims; email comm's with Defts' counsel re. same and discovery deadlines | 0.60<br>450.00/hr | 270.00 |
| 3/2/2022 | MR | Attn.: to pre-mediation discovery; multiple teleph calls with Mr. Trinidad and Mr. Fernandez | 2.00<br>450.00/hr | 900.00 |
| 3/4/2022 | MR | Draft motion to dismiss Defendants' counterclaims | 4.00<br>450.00/hr | 1,800.00 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 2 of 15

Trinidad et al. v. Joy et al.    Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/8/2022 | MR | In-office meeting with Mr. Trinidad and Mr. Fernandez; K. Gulfo as interpreter | 1.00<br>450.00/hr | 450.00 |
| 3/11/2022 | MR | Meeting re. damages calculations with K. Gulfo and J.O. | 1.00<br>450.00/hr | 450.00 |
| 3/15/2022 | MR | Consider and analyze issues pertinent to settlement demand | 0.50<br>450.00/hr | 225.00 |
| 3/28/2022 | MR | T/C with Mr. Trinidad re. discovery materials; K. Gulfo as interpreter | 1.00<br>450.00/hr | 450.00 |
| 3/29/2022 | MR | Draft letter to Judge Furman re: pending motion is now moot | 0.50<br>450.00/hr | 225.00 |
| 3/30/2022 | MR | T/C with Mr. Trinidad - K. Gulfo as interpreter | 0.50<br>450.00/hr | 225.00 |
| | MR | Draft email to defendants' counsel re: pre-settlement conference discovery; settlement conference procedures; review defendants' pre-conference discovery production in connection with same; review conference procedures; review damages chart in light of defendants' production | 1.50<br>450.00/hr | 675.00 |
| 4/4/2022 | MR | Telephone call with Defendants' counsel re settlement-related issues | 0.40<br>450.00/hr | 180.00 |
| | MR | Teleph call with Mr. Trinidad; KG as interpr | 0.40<br>450.00/hr | 180.00 |
| 4/5/2022 | MR | Attention to confidential pre-settlement conf letter | 8.00<br>450.00/hr | 3,600.00 |
| 4/6/2022 | MR | Receive and review defs' pre settlement conf letter; receive and review email from Judge Gorenstein's chambers. | 0.60<br>450.00/hr | 270.00 |
| | MR | Teleph call with Mr. Smikun | 0.10<br>450.00/hr | 45.00 |
| | MR | Meeting in office with all three plaintiffs. Extensive review/discussion of pre-conf letters and status; receive further background materials from clients. K Gulfo as interpreter | 1.00<br>450.00/hr | 450.00 |
| 4/7/2022 | MR | Review defendants' letter motion addressed to Judge Furman renewing Defendants' motion to adjourn settlement conference; legal research relating to issuance of sanctions against parties for bad faith in court-mandated settlement procedures; draft response to letter motion; | 2.50<br>450.00/hr | 1,125.00 |
| 4/12/2022 | MR | Teleph call with Mr. Trinidad; discussion with KG re same | 0.20<br>450.00/hr | 90.00 |
| 4/14/2022 | MR | Meeting with Trinidad in office | 1.00<br>450.00/hr | 450.00 |
| 4/21/2022 | MR | Draft joint letter and file same | 3.00<br>450.00/hr | 1,350.00 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 3 of 15

Trinidad et al. v. Joy et al.                                                                                     Page     3

|            |    |                                                                                                                                                                      | Hrs/Rate         | Amount    |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 4/22/2022  | MR | Receive and review documents from Mr. Trinidad's Civil Court attorney; discussion with counsel; edits to proposed landlord/tenant settlement agreement for purpose of ensuring that client's interests in this case are not impaired | 1.00 450.00/hr   | 450.00    |
| 4/23/2022  | MR | Telephone call with Mr. Fernandez and his wife; review documents/comm's provided by Mr. Fernandez (KG as interpreter) | 0.70 450.00/hr   | 315.00    |
| 4/25/2022  | MR | TC with Fernandez                                                                                                                                                    | 0.60 450.00/hr   | 270.00    |
| 5/10/2022  | MR | Attention to: drafting amended complaint; draft interstate commerce section; comm's with Mr. Fernandez; comm's with K. Gulfo; review comm's between plaintiffs and defendants | 3.00 450.00/hr   | 1,350.00  |
| 5/12/2022  | MR | Attention to drafting of amended complaint; review of production and TC with Mr. Fernandez and Mr. Trinidad, K. Gulfo as interpreter | 3.00 450.00/hr   | 1,350.00  |
| 5/26/2022  | MR | Edits to Plaintiffs' Demand for Production and Rogs; approve same for service on defendants' counsel | 1.00 450.00/hr   | 450.00    |
| 6/13/2022  | MR | Receive and review defendants' document demands and interrogatories                                                                                                  | 1.00 450.00/hr   | 450.00    |
|            | MR | Review recent decisions relating to contention interrogatories in SDNY                                                                                               | 0.80 450.00/hr   | 360.00    |
| 6/15/2022  | MR | Attn to discovery                                                                                                                                                    | 0.50 450.00/hr   | 225.00    |
| 6/27/2022  | MR | Attn to drafting document demand responses and objections                                                                                                            | 2.00 450.00/hr   | 900.00    |
| 6/28/2022  | MR | Attn to responses to Defts' interrogatories                                                                                                                          | 2.50 450.00/hr   | 1,125.00  |
| 7/2/2022   | MR | Attn to discovery; call with Jeremy Fernandez                                                                                                                        | 3.00 450.00/hr   | 1,350.00  |
| 7/11/2022  | MR | Attn to rog responses and meeting with Mr. Sanchez; K. Gulfo as interpreter | 1.50 450.00/hr   | 675.00    |
| 7/22/2022  | MR | Teleph call with Mr. Trinidad                                                                                                                                        | 0.40 450.00/hr   | 180.00    |
|            | MR | Telephone call with Mr. Fernandez, with KG as interpreter                                                                                                            | 0.20 450.00/hr   | 90.00     |
|            | MR | Further tel. call with Mr. Trinidad with KG as interpreter; extensive review of discovery with client | 1.00 450.00/hr   | 450.00    |
| 7/28/2022  | MR | Draft discovery related letter to Mr. Smikun                                                                                                                         | 3.00 450.00/hr   | 1,350.00  |
| 7/29/2022  | MR | TC with forensic expert                                                                                                                                              | 0.10 450.00/hr   | 45.00     |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 4 of 15

Trinidad et al. v. Joy et al.                                                                                              Page     4

|            |    |                                                                                                      | Hrs/Rate          | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------|-------------------|----------|
| 8/3/2022   | MR | Email comm's with Mr. Smikun re discovery issues; meet and confer scheduling                         | 0.10<br>450.00/hr | 45.00    |
|            | MR | Draft letter motion for extension of discovery cut-off; email with defs' counsel re same             | 0.50<br>450.00/hr | 225.00   |
| 8/10/2022  | MR | Attn to discovery related issues                                                                     | 1.00<br>450.00/hr | 450.00   |
| 8/11/2022  | MR | Meet and confer; prepare for same                                                                    | 1.50<br>450.00/hr | 675.00   |
| 8/18/2022  | MR | Meeting in office with Mr. Fernandez; review additional documents from clients                       | 1.00<br>450.00/hr | 450.00   |
| 8/22/2022  | MR | Attn to discovery and discovery related issues/disputes                                              | 1.00<br>450.00/hr | 450.00   |
| 8/31/2022  | MR | Tel. call with Mr. Smikun                                                                            | 0.10<br>450.00/hr | 45.00    |
|            | MR | Further attention to request for conference re discovery disputes                                    | 1.00<br>450.00/hr | 450.00   |
| 9/1/2022   | MR | Meet and confer telephone call with defendants' counsel; extensive preparation for same              | 1.00<br>450.00/hr | 450.00   |
| 9/7/2022   | MR | Email to defts' counsel re. discovery related issues                                                 | 0.20<br>450.00/hr | 90.00    |
| 9/8/2022   | MR | Emails with Mr. Smikun regarding unresolved discovery issues                                         | 0.20<br>450.00/hr | 90.00    |
| 9/28/2022  | MR | Receive and review further documents from clients                                                    | 1.00<br>450.00/hr | 450.00   |
| 9/29/2022  | MR | Telephone call with Mr. Smikun re: court-ordered status update due on 9/30/22                        | 0.10<br>450.00/hr | 45.00    |
|            | MR | Receive and review draft status letter from defendants' counsel                                      | 0.40<br>450.00/hr | 180.00   |
| 10/20/2022 | MR | Discovery conf before Judge Rochon via Teams; prep for same                                          | 1.50<br>450.00/hr | 675.00   |
| 10/25/2022 | MR | Tel. call with clients; K. Gulfo as interpreter                                                      | 1.00<br>450.00/hr | 450.00   |
| 11/7/2022  | MR | Attn to response to Defts' deficiency letter                                                         | 4.00<br>450.00/hr | 1,800.00 |
| 11/14/2022 | MR | T/C with clients; KG as interpreter                                                                  | 0.20<br>450.00/hr | 90.00    |
| 11/15/2022 | MR | Attn to discovery issues and emails with defts' counsel; draft letter to Court                       | 2.00<br>450.00/hr | 900.00   |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 5 of 15

Trinidad et al. v. Joy et al.                                                                                     Page    5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2022 | MR | Prepare for and participate in call with defts' counsel re. discovery related issues and depositions | 1.00<br>450.00/hr | 450.00 |
| 11/17/2022 | MR | Further review of defendants' deficient supplemental discovery responses; LR relating to FRCP 33, and 2nd Cir decisions interpreting same; consider strategy relating to same. | 1.50<br>450.00/hr | 675.00 |
| 11/18/2022 | MR | Telephone call with Bank of America re: BOA's refusal to comply with document supboena | 0.20<br>450.00/hr | 90.00 |
| | MR | Receive and respond to Mr. Kataev's email regarding defendants' objection to subpoena served on Bank of America | 0.20<br>450.00/hr | 90.00 |
| 11/20/2022 | MR | Meeting with Mr. Trinidad and Mr. Fernandez | 3.00<br>450.00/hr | 1,350.00 |
| 11/23/2022 | MR | Prepare and attend virtual conf; emails with defts' counsel | 1.50<br>450.00/hr | 675.00 |
| 11/25/2022 | MR | Meeting with Mr. Trinidad re: deposition preparation; review all documents in case in connection with same. KG as interpreter | 3.50<br>450.00/hr | 1,575.00 |
| | MR | Meet and confer telephone call with defendants' counsel; receive and review defendants' letter motion | 0.50<br>450.00/hr | 225.00 |
| | MR | Review uploaded documents for further production to defendants; meetings with KG re same | 0.60<br>450.00/hr | 270.00 |
| 11/27/2022 | MR | Deposition preparation | 3.00<br>450.00/hr | 1,350.00 |
| 11/28/2022 | MR | Attend deposition of Mr. Trinidad | 10.00<br>450.00/hr | 4,500.00 |
| 11/30/2022 | MR | Emails with defendants' counsel re deposition schedule | 0.20<br>450.00/hr | 90.00 |
| | MR | LR re: retaliation | 1.50<br>450.00/hr | 675.00 |
| 12/1/2022 | MR | Telephone call with Mr. Trinidad with K Gulfo as interpreter | 0.20<br>450.00/hr | 90.00 |
| | MR | Review defendants' pre-settlement conference letter | 1.00<br>450.00/hr | 450.00 |
| | MR | Emails with defendants' counsel re: suggest that we speak prior to settlement conf. | 0.20<br>450.00/hr | 90.00 |
| 12/2/2022 | MR | Legal research/preparation for settlement conf. | 2.00<br>450.00/hr | 900.00 |
| | MR | Extensive meeting with Mr. Trinidad, K. Gulfo as interp. | 2.00<br>450.00/hr | 900.00 |
| 12/3/2022 | MR | Meeting in office with Mr. Fernandez | 1.00<br>450.00/hr | 450.00 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 6 of 15

Trinidad et al. v. Joy et al.                                                                                                    Page      6

|            |    |                                                                                                                              | Hrs/Rate        | Amount     |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 12/4/2022  | MR | Attn to response to defts' motion to dismiss; prepare for settlement conference                                              | 6.00 450.00/hr  | 2,700.00   |
| 12/5/2022  | MR | Settlement conference                                                                                                        | 4.00 450.00/hr  | 1,800.00   |
| 12/7/2022  | MR | Meeting with clients, K. Gulfo as interp.; T/C with Magis. J. Gorenstein; comm's with Defts' counsel                         | 1.30 450.00/hr  | 585.00     |
| 12/14/2022 | MR | Receive defendants' counsel's edits to joint letter to Court                                                                 | 0.20 450.00/hr  | 90.00      |
| 12/28/2022 | MR | Emails with defendants' counsel; review scheduling order; review Judge Gorenstein's individual rules relating to adjournments NO CHARGE |                 | NO CHARGE  |
| 12/29/2022 | MR | Revise letter motion to extend deadlines for submitting Cheeks and Attys' fees motion; email comm's with defendants' counsel Kataev | 0.40 450.00/hr  | 180.00     |
| 1/4/2023   | MR | Email to Defendants' counsel re: follow up on status of draft agreement NO CHARGE                                            | 0.10            | NO CHARGE  |
| 1/11/2023  | MR | Review 12/29/22 order; email comm's with Mr. Kataev re: dispute concerning requirements contained in 12/29/22 order          | 0.40 450.00/hr  | 180.00     |
|            | MR | Initial review of draft settlement agreement                                                                                 | 0.50 450.00/hr  | 225.00     |
| 1/17/2023  | MR | Extensive edits to settlement agreement                                                                                      | 3.50 450.00/hr  | 1,575.00   |
| 1/18/2023  | MR | Further edits to draft settlement agreement                                                                                  | 0.50 450.00/hr  | 225.00     |
|            | MR | Discussions with KG re Cheeks letter NO CHARGE                                                                               | 0.40            | NO CHARGE  |
|            | MR | Email with defendants' counsel re: their request for meet-and-confer call and attaching proposed, revised settlement agreement | 0.20 450.00/hr  | 90.00      |
| 1/19/2023  | MR | LR re: defendants' letter motion of this morning requesting award of attorney's fees/to compel; outline response to same     | 1.50 450.00/hr  | 675.00     |
|            | MR | Receive and review Defendants' letter motion                                                                                 | 0.50 450.00/hr  | 225.00     |
|            | MR | Draft initial sections of Cheeks letter                                                                                      | 1.50 450.00/hr  | 675.00     |
|            | MR | Receive letter from Smikun re request for consent to adjourn tomorrow's conference and respond to same                       | 0.20 450.00/hr  | 90.00      |
|            | MR | Plan and prepare for court hearing scheduled for tomorrow morning; review recent scheduling orders and comm's with defendants' counsel | 0.70 450.00/hr  | 315.00     |
| 1/20/2023  | MR | Court conference before Judge Gorenstein                                                                                     | 0.20 450.00/hr  | 90.00      |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 7 of 15

Trinidad et al. v. Joy et al.                                                                                         Page    7

|            |    |                                                                                                                              | Hrs/Rate          | Amount      |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 1/25/2023  | MR | Draft Cheeks letter for approval of settlement agreement                                                                     | 3.00<br>450.00/hr | 1,350.00    |
| 1/30/2023  | MR | Tel. call to Mr. Kataev re: status of revisions to draft settlement; leave vm; email to Mr. Kataev and Mr. Smikun re same    | 0.10<br>450.00/hr | 45.00       |
| 2/6/2023   | MR | Further edits to draft settlement and Cheeks letter; email same to defendants' counsel                                       | 0.50<br>450.00/hr | 225.00      |
| 2/9/2023   | MR | Review/edit Defendants' revised settlement agreement                                                                         | 0.60<br>450.00/hr | 270.00      |
| 2/13/2023  | MR | Further edits to letter motion for extension of time to file Cheeks application; email comm's with defs' counsel; discussions with KG | 0.50<br>450.00/hr | 225.00 |
| 2/14/2023  | MR | Further review of and edits to settlement agreement                                                                          | 0.50<br>450.00/hr | 225.00      |
| 2/21/2023  | MR | Email to defs' counsel following up on agreement. NO CHARGE                                                                  | 0.10              | NO CHARGE   |
| 3/2/2023   | MR | Meeting with Jeremy Fernandez                                                                                                | 0.50<br>450.00/hr | 225.00      |
| 3/3/2023   | MR | Finalize Cheeks applic NO CHARGE                                                                                             | 0.50              | NO CHARGE   |
|            | MR | Meeting with Herrera Sanchez                                                                                                 | 1.00<br>450.00/hr | 450.00      |
|            | MR | Attention to Cheeks filing; comm's with defendants' counsel                                                                  | 0.50<br>450.00/hr | 225.00      |
|            |    | SUBTOTAL:                                                                                                                    | [   142.70        | 63,720.00]  |

Joselin Orellana

|            |    |                                                                                                                              | Hrs/Rate         | Amount  |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 1/13/2022  | JO | Attention to damage calculations                                                                                             | 3.00<br>95.00/hr | 285.00  |
| 1/27/2022  | JO | Attention to discovery review                                                                                                | 1.50<br>95.00/hr | 142.50  |
| 3/11/2022  | JO | Meeting with MR and KG re. damages; edits to same                                                                            | 1.20<br>95.00/hr | 114.00  |
| 3/30/2022  | JO | Attention to detailed index of plaintiffs' production relating to overtime and weekend work performed by Plaintiffs          | 2.50<br>95.00/hr | 237.50  |
| 4/2/2022   | JO | Attention to detailed index of plaintiffs' production relating to overtime and weekend work performed by Plaintiffs [continued] | 1.00<br>95.00/hr | 95.00 |
| 4/6/2022   | JO | Finalize detailed index of plaintiffs' production relating to overtime and weekend work performed by Plaintiffs; send same to K. Gulfo and MR | 0.30<br>95.00/hr | 28.50 |
| 6/29/2022  | JO | Organize, index and file Defts' production                                                                                   | 1.50<br>95.00/hr | 142.50  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | [ 11.00 | 1,045.00] |
| 1/20/2022 MC | Comm's with Mr. Trinidad; email same to MR |  | 0.20<br>115.00/hr | 23.00 |
| 3/18/2022 MC | Comm's with Mr. Trinidad |  | 0.20<br>115.00/hr | 23.00 |
| 4/5/2022 MC | Teleph call with MR and Mr. Trinidad; interpret |  | 0.40<br>115.00/hr | 46.00 |
| 11/16/2022 MC | Meeting with Herrera Sanchez |  | 4.00<br>115.00/hr | 460.00 |
| 11/22/2022 MC | Meeting with Herrera Sanchez |  | 3.00<br>115.00/hr | 345.00 |
| 11/26/2022 MC | T/Cs with Mr. Trinidad |  | 0.60<br>115.00/hr | 69.00 |
| 11/28/2022 MC | Attend deposition of Mr. Trinidad |  | 10.00<br>115.00/hr | 1,150.00 |
|  | SUBTOTAL: |  | [ 18.40 | 2,116.00] |
|  | <u>Karina Gulfo</u> |  |  |  |
| 12/27/2021 KG | T/C with Gilberto Trinidad; obtain info and email same to MR |  | 0.30<br>115.00/hr | 34.50 |
| 12/30/2021 KG | Initial meeting with Mr. Trinidad and Mr. Fernandez; interpret during same |  | 1.50<br>115.00/hr | 172.50 |
| 1/2/2022 KG | T/C with Mr. Trinidad |  | 0.10<br>115.00/hr | 11.50 |
| 1/3/2022 KG | Meeting with Mr. Fernandez, Mr. Trinidad and Mr. Sanchez; interpret during same; draft retainers |  | 2.00<br>115.00/hr | 230.00 |
| 1/4/2022 KG | Arrange for cell phone data extraction with IT expert; comm's with same; meet with Mr. Fernandez in office |  | 0.80<br>115.00/hr | 92.00 |
| 1/5/2022 KG | Proofread and edit complaint; complete summonses; assist with filing of same via ECF |  | 1.50<br>115.00/hr | 172.50 |
| KG | T/Cs with Mr. Fernandez and email comm's with phone data expert |  | 0.50<br>115.00/hr | 57.50 |
| 1/31/2022 KG | Comm's with Mr. Fernandez |  | 0.20<br>115.00/hr | 23.00 |
| 2/1/2022 KG | Email with process server |  | 0.10<br>115.00/hr | 11.50 |
| 2/11/2022 KG | T/C with family member of Mr. Herrera |  | 0.10<br>115.00/hr | 11.50 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 9 of 15

Trinidad et al. v. Joy et al.     Page 9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2022 | KG | Email to process server | 0.10<br>115.00/hr | 11.50 |
| | KG | TC with Mr. Trinidad, interpret during same | 0.20<br>115.00/hr | 23.00 |
| 2/15/2022 | KG | Texts comm's to Mr. Trinidad; start draft letter to attys for defts | 0.20<br>115.00/hr | 23.00 |
| 2/22/2022 | KG | TCs with Mr. Trinidad | 0.20<br>115.00/hr | 23.00 |
| 2/25/2022 | KG | File joint letter to Judge Gorenstein via ECF | 0.10<br>115.00/hr | 11.50 |
| | KG | Draft letter to Judge Gorenstein; review Judge Gorenstein's Rules and 115.00/hr Court Order directing settlement conference(Dkt. 11); send same to MR | 0.50<br>115.00/hr | 57.50 |
| 3/1/2022 | KG | Proofread letter request to Judge Furman | 0.10<br>115.00/hr | 11.50 |
| | KG | Attention to discovery index | 0.60<br>115.00/hr | 69.00 |
| 3/2/2022 | KG | Attention to prep of discovery; review same with MR, interpret during calls with clients | 1.00<br>115.00/hr | 115.00 |
| 3/4/2022 | KG | Met with Mr. Trinidad in office; attention to production; interpret during meeting with MR | 0.50<br>115.00/hr | 57.50 |
| | KG | Proofread and edit motion and assist with filing of same | 1.50<br>115.00/hr | 172.50 |
| 3/7/2022 | KG | Emails with Magna Legal Service re. scheduling of interpreter | 0.10<br>115.00/hr | 11.50 |
| | KG | Attention to discovery | 1.00<br>115.00/hr | 115.00 |
| | KG | T/C with Mr. Fernandez and Mr. Trinidad - schedule appointment | 0.10<br>115.00/hr | 11.50 |
| 3/8/2022 | KG | Meeting with Trinidad and Mr. Fernandez; interpret during same; prepare documents for clients' review | 1.20<br>115.00/hr | 138.00 |
| 3/11/2022 | KG | T/C with nephew of Mr. Herrera Sanchez; email to MR re. same | 0.20<br>115.00/hr | 23.00 |
| | KG | Attention to production; update plaintiffs' production index | 0.50<br>115.00/hr | 57.50 |
| | KG | Follow-up email to interpreter services, Magna Legal | 0.10<br>115.00/hr | 11.50 |
| | KG | Meeting with MR and JO re. damages; T/Cs with Mr. Fernandez and Mr. Trinidad | 1.00<br>115.00/hr | 115.00 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 10 of 15

Trinidad et al. v. Joy et al.                                                                                      Page    10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2022 | KG | T/C and text message comm. to Mr. Trinidad | 0.10<br>115.00/hr | 11.50 |
|  | KG | T/C with Mr. Trinidad; interpret for MR; attn. to discovery; send same to Defts' counsel | 2.00<br>115.00/hr | 230.00 |
| 3/30/2022 | KG | T/C with Mr. Trinidad and MR; further text comm's with Mr. Trinidad | 0.70<br>115.00/hr | 80.50 |
|  | KG | Attn to discovery; email to Mr. Smikun | 1.00<br>115.00/hr | 115.00 |
| 4/1/2022 | KG | Email to Mr. Smikun | 0.10<br>115.00/hr | 11.50 |
| 4/4/2022 | KG | Email to Mr. Trinidad | 0.20<br>115.00/hr | 23.00 |
|  | KG | Email with Mr. Smikun scheduling tel. call; proofread MR letter to Court | 0.10<br>115.00/hr | 11.50 |
|  | KG | Attention to hard-copy filing of Plaintiff's production | 0.50<br>115.00/hr | 57.50 |
|  | KG | Teleph call - with M Rapaport and client Trinidad; translate/participate; review discovery materials and notes from prior comm's | 0.50<br>115.00/hr | 57.50 |
| 4/5/2022 | KG | Attention to/assist with pre-settlement conference letter | 4.00<br>115.00/hr | 460.00 |
|  | KG | Receive and review email from Jeremy Fernandez | 0.20<br>115.00/hr | 23.00 |
| 4/6/2022 | KG | Meeting with Trinidad, Herrera and Fernandez in office; interpret during same | 1.00<br>115.00/hr | 115.00 |
| 4/8/2022 | KG | Email to interpreter and T/Cs to clients | 0.30<br>115.00/hr | 34.50 |
| 4/13/2022 | KG | Attn to communications with tech expert professional and extraction of cell phone data | 1.00<br>115.00/hr | 115.00 |
| 4/14/2022 | KG | Meeting with Mr. Trinidad and MR | 1.00<br>115.00/hr | 115.00 |
| 4/19/2022 | KG | Email comm's with cellular phone expert at I Can Fit It Inc. | 0.30<br>115.00/hr | 34.50 |
| 4/20/2022 | KG | Proofread joint letter | 0.20<br>115.00/hr | 23.00 |
| 4/21/2022 | KG | Proofread joint letter and edits to proposed case mgmt. plan; emails with Mr. Smikun | 1.00<br>115.00/hr | 115.00 |
| 4/22/2022 | KG | Re-file civil case mgmt plan | 0.10<br>115.00/hr | 11.50 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 11 of 15

Trinidad et al. v. Joy et al.                                                                                                           Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2022 | KG | T/C with Jeremy Fernandez and MR | 0.60<br>115.00/hr | 69.00 |
|  | KG | Review Scheduling Order and calendar same | 0.20<br>115.00/hr | 23.00 |
| 5/9/2022 | KG | Draft initial disclosures; send same to MR for review | 0.70<br>115.00/hr | 80.50 |
| 5/10/2022 | KG | LR re. R. 26 discl | 0.40<br>115.00/hr | 46.00 |
|  | KG | Email to Mr. Fernandez | 0.10<br>115.00/hr | 11.50 |
| 5/31/2022 | KG | T/C with Mr. Trinidad's daughter | 0.10<br>115.00/hr | 11.50 |
| 6/3/2022 | KG | Review of defts' Answer to Amended Complaint | 0.30<br>115.00/hr | 34.50 |
| 6/13/2022 | KG | Attn to discovery | 2.00<br>115.00/hr | 230.00 |
| 6/20/2022 | KG | Attn to discovery responses and LR | 2.50<br>115.00/hr | 287.50 |
| 6/24/2022 | KG | Attn to answering discovery; LR re. discovery related issues/responses and objections | 3.00<br>115.00/hr | 345.00 |
| 6/27/2022 | KG | Attn to drafting document demand responses and objections | 2.00<br>115.00/hr | 230.00 |
| 6/28/2022 | KG | Attn to discovery responses; LR re. same | 3.50<br>115.00/hr | 402.50 |
| 7/2/2022 | KG | Attn to discovery | 3.00<br>115.00/hr | 345.00 |
| 7/7/2022 | KG | Meeting with MR, Ms. Trinidad and Mr. Fernandez; obtain documents and take notes during same; further attn to discovery and rog responses | 4.00<br>115.00/hr | 460.00 |
| 7/8/2022 | KG | Receive and review Defts' responses to demands to produce | 1.50<br>115.00/hr | 172.50 |
| 7/11/2022 | KG | Attn to discovery and indexing of same | 2.00<br>115.00/hr | 230.00 |
|  | KG | Meeting with Mr. Sanchez and his nephew; interpret during same | 1.00<br>115.00/hr | 115.00 |
| 7/19/2022 | KG | Edits to discovery responses | 1.00<br>115.00/hr | 115.00 |
| 7/21/2022 | KG | Attn to discovery responses; send same to defts' counsel | 1.00<br>115.00/hr | 115.00 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 12 of 15

Trinidad et al. v. Joy et al.                                                                                         Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2022 | KG | Review production and edit index | 0.50<br>115.00/hr | 57.50 |
| 7/26/2022 | KG | T/C with Mr. Fernandez and text comm's with Mr. Trinidad; attn to index of defts' production | 2.10<br>115.00/hr | 241.50 |
| 7/29/2022 | KG | TC with Jeremy Fernandez; attn to discovery dispute issues and indexing of defts' production | 4.00<br>115.00/hr | 460.00 |
| 8/5/2022 | KG | T/C with Mr. Smikun, email to MR re. same | 0.10<br>115.00/hr | 11.50 |
| 8/22/2022 | KG | Attn to discovery and review of clients' documents; update of index | 3.00<br>115.00/hr | 345.00 |
| 9/8/2022 | KG | Attn to review of discovery re. defts' raised concern; email to MR re. same | 0.70<br>115.00/hr | 80.50 |
| 10/18/2022 | KG | Prepare documents in preparation for 10/20 conference; draft letter to Judge Rochon | 2.00<br>115.00/hr | 230.00 |
| 10/19/2022 | KG | T/C with family member of Mr. Herrera | 0.10<br>115.00/hr | 11.50 |
| 10/20/2022 | KG | T/C with MR in prep for conf | 0.50<br>115.00/hr | 57.50 |
| 10/24/2022 | KG | Attn to discovery, depo notices | 2.00<br>115.00/hr | 230.00 |
| 10/25/2022 | KG | Call with clients | 1.00<br>115.00/hr | 115.00 |
| 11/7/2022 | KG | Comm's with Trinidad and Fernandez | 0.20<br>115.00/hr | 23.00 |
|  | KG | Comm's with process server | 0.20<br>115.00/hr | 23.00 |
| 11/8/2022 | KG | Edits to discovery response letter | 0.20<br>115.00/hr | 23.00 |
| 11/10/2022 | KG | Attn to indexing of defts production | 1.00<br>115.00/hr | 115.00 |
| 11/14/2022 | KG | TC with Trinidad, Fernandez and Sanchez; interpret during same; comm's with The Spanish Group translation services | 0.40<br>115.00/hr | 46.00 |
| 11/15/2022 | KG | Prepare for call with defts' counsel | 0.60<br>115.00/hr | 69.00 |
| 11/16/2022 | KG | Attn to discovery and depos preparation | 1.00<br>115.00/hr | 115.00 |
| 11/17/2022 | KG | Attn to delivery of subpoena | 0.30<br>115.00/hr | 34.50 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 13 of 15

Trinidad et al. v. Joy et al.                                                                                               Page    13

|            |    |                                                                                    | Hrs/Rate         | Amount    |
|------------|----|------------------------------------------------------------------------------------|------------------|-----------|
| 11/20/2022 | KG | Meeting with Mr. Trinidad and Mr. Fernandez; interpret during same                 | 3.00<br>115.00/hr | 345.00    |
| 11/23/2022 | KG | Meeting with Mr. Herrera; obtain documents                                          | 0.50<br>115.00/hr | 57.50     |
| 11/28/2022 | KG | Multiple calls with MR; prep for deposition; file opp letter                        | 2.00<br>115.00/hr | 230.00    |
|            | KG | T/c with Mr. Fernandez                                                              | 0.10<br>115.00/hr | 11.50     |
|            | KG | Emails with interpreter services at Magna Legal                                     | 0.20<br>115.00/hr | 23.00     |
|            | KG | Edits to damages chart; email to MR re. same                                        | 1.50<br>115.00/hr | 172.50    |
| 11/30/2022 | KG | T/C with Herrera                                                                    | 0.10<br>115.00/hr | 11.50     |
| 12/2/2022  | KG | Extensive meeting with Mr. Trinidad; interpret during same                          | 2.00<br>115.00/hr | 230.00    |
| 12/5/2022  | KG | Meeting with Mr. Sanchez; prep for settlement conf; call with Magna Legal interpreters | 0.60<br>115.00/hr | 69.00     |
| 12/6/2022  | KG | Attn to billing expenses/lodestar review NO CHARGE                                  | 3.00             | NO CHARGE |
| 12/7/2022  | KG | Meeting with Trinidad and Fernandez; T/C with Herrera Sanchez                       | 1.00<br>115.00/hr | 115.00    |
| 12/8/2022  | KG | Draft letter to Bank of America                                                     | 0.10<br>115.00/hr | 11.50     |
| 12/29/2022 | KG | T/C with Mr. Herrera - nephew re: ▮▮▮▮▮▮▮▮▮ - NO CHARGE                              | 0.10             | NO CHARGE |
| 1/30/2023  | KG | Attn to lodestar NO CHARGE                                                          | 0.50             | NO CHARGE |
| 2/4/2023   | KG | Attn to draft stipulations of discontinuance                                        | 0.20<br>115.00/hr | 23.00     |
| 2/6/2023   | KG | T/C with Ms. Fernandez-Trinidad                                                     | 0.10<br>115.00/hr | 11.50     |
|            | KG | Review of Cheeks letter and agreement drafts; attn to formatting issues             | 0.50<br>115.00/hr | 57.50     |
| 3/1/2023   | KG | Communications with Mr. Trinidad                                                    | 0.20<br>115.00/hr | 23.00     |
| 3/2/2023   | KG | Meeting with Jeremy Fernandez, interpret                                            | 0.50<br>115.00/hr | 57.50     |
|            | KG | Minor change to typo in agreement; send same to Defts' counsel                      | 0.10<br>115.00/hr | 11.50     |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 14 of 15

Trinidad et al. v. Joy et al.                                                                                                                                            Page   14

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2023 | KG | Finalize and file Cheeks applc; emails to defts' counsel; prepare exhibits NO CHARGE | 1.00 | NO CHARGE |
| | KG | Meeting with Herrera Sanchez, interpret during same | 1.00 115.00/hr | 115.00 |
| 3/6/2023 | KG | Draft consent form; send same to Defts' counsel | | NO CHARGE |
| 3/8/2023 | KG | T/C with ECF Help Desk re. USMJ Gorenstein's request to file Cheeks applc. as letter motion NO CHARGE | 0.10 | NO CHARGE |
| | KG | Re-file Cheeks application as letter motion pursuant to Judge Gorenstein's request NO CHARGE | 0.10 | NO CHARGE |
| | | SUBTOTAL: | [ 97.90 | 10,706.50] |
| | | For professional services rendered | 270.00 | $77,587.50 |

Additional Charges :

Marc A. Rapaport

| Date | Description | Amount |
|---|---|---|
| 1/11/2022 | Undisputed Legal Inc., Service of Process of Summons and Complaint on all Defendants | 525.00 |
| 3/2/2022 | Pacer US Courts | 0.60 |
| | Pacer US Courts | 0.60 |
| 4/6/2022 | In-house copies @ 0.25 per page | 55.25 |
| 4/19/2022 | Pacer | 31.00 |
| 5/10/2022 | In-house copies at 0.25 per page | 55.25 |
| 11/25/2022 | In-house copies at 0.25 per page | 30.50 |
| 11/28/2022 | Local Travel at .585 cents per mile | 23.40 |
| 12/2/2022 | In-house copies at 0.25 per page | 30.50 |
| 12/3/2022 | In-house copies at 0.25 per page | 65.25 |
| 12/7/2022 | Magna Legal Services, interpreter fees, Invoice No. 964363 | 595.00 |
| 12/21/2022 | The Little Reporting Company Invoice 4298 | 852.75 |
| | SUBTOTAL: | [ 2,265.10] |

Joselin Orellana

| Date | Description | Amount |
|---|---|---|
| 6/29/2022 | in house copies | 108.75 |
| | SUBTOTAL: | [ 108.75] |

Karina Gulfo

| Date | Description | Amount |
|---|---|---|
| 1/5/2022 | Filing Fee $ 402.00, Receipt Number ANYSDC-25546397 | 402.00 |
| 1/7/2022 | Invoice Re. Extraction of Cell Phone Data; I Can Fix It For You, Inc., Invoice No. 49100169 | 411.55 |
| 3/2/2022 | In-house copies | 13.00 |
| 3/8/2022 | In-house copies | 66.00 |
| 4/4/2022 | in-house copies | 69.50 |
| 4/6/2022 | in-house copies | 7.50 |
| 4/22/2022 | IT expert fees, I Can Fix It For You Inc. Invoice No. 52090 | 141.54 |
| 4/25/2022 | in-house copies | 6.75 |
| 5/10/2022 | in house copies | 7.00 |
| 6/3/2022 | in-house copies | 4.00 |
| 6/28/2022 | in house copies | 12.50 |
| 7/2/2022 | in house copies | 16.25 |

Case 1:22-cv-00101-JLR-GWG   Document 110-2   Filed 04/25/23   Page 15 of 15

Trinidad et al. v. Joy et al.                                                                                                    Page    15

|  |  | Amount |
|---|---|---:|
| 7/7/2022 | in house copies | 21.25 |
| 7/8/2022 | In house copies | 205.00 |
| 7/27/2022 | In house copies | 8.00 |
| 8/20/2022 | In-house copies | 40.50 |
| 10/18/2022 | In-house copies | 212.50 |
| 10/25/2022 | SDNY Transcript | 240.30 |
| 11/8/2022 | Process server fees, Undisputed Legal Inc, Invoice No. 7921455 | 250.00 |
| 11/14/2022 | The Spanish Group Certified Translation Order #246741 | 251.00 |
| 11/15/2022 | The Spanish Group Translation Order #246984 | 100.00 |
| 11/16/2022 | In-house copies | 36.50 |
| 11/17/2022 | Federal Express Shipping | 31.40 |
| 11/28/2022 | In-house copies | 14.00 |

SUBTOTAL:                                                                                  [    2,568.04]

Total additional charges                                                                                $4,941.89

For professional services rendered                                     270.00        $82,529.39

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Marc Rapaport | 141.60 | 450.00 | $63,720.00 |
| Marc Rapaport | 1.10 | 0.00 | $0.00 |
| Joselin Orellana | 11.00 | 95.00 | $1,045.00 |
| Karina Gulfo | 93.10 | 115.00 | $10,706.50 |
| Karina Gulfo | 4.80 | 0.00 | $0.00 |
| Marcela Cabezas | 18.40 | 115.00 | $2,116.00 |