**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GILBERTO TRINIDAD, JEREMY FERNANDEZ,
and NICOLAS DE JESUS HERRERA SANCHEZ,

                            Plaintiffs,                    22 **CIVIL** 0101 (JLR)

            -against-                                        __JUDGMENT__

62 REALTY, LLC, 311 REALTY, LLC, DEANNA
JOY, and JIM FRANTZ,

                            Defendants.
-------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated November 17, 2023, the Court finds

that the Report's reasoning is sound, grounded in fact and law, and not clearly erroneous, except

for one item. The Report inadvertently excluded the Technology Fees item ($553.09) from its

calculation of total costs ($3,279.90). See Report at 19-20. The Court finds that Plaintiffs should

instead be awarded $3,832.99 in costs, for a total award of $67,402.37. Otherwise, the Court

ADOPTS the thorough and well-reasoned Report in its entirety. Judgment is entered in favor of

Plaintiffs in the total amount of $67,402.37, as set forth herein, plus post-judgment interest to be

calculated from the date of the judgment in this action until the date of payment. In light of the

clear notice provided in the Report, the lack of any timely objections precludes appellate review

of this decision. See Frank, 968 F.2d at 300.

**Dated:**  New York, New York

     July 10, 2024                                    **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                                          **BY:**  _____
                                                    _____
                                                         **Deputy Clerk**